KTC:LJF
F. 2003R02982

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

ANTHONY BLACKSHEAR,

           Defendant.

- - - - - - - - - - - - - X

ORDER

04 CR 203 (S-2) (ARR)

Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Lee J. Freedman, it is hereby

ORDERED that the above-referenced indictment be dismissed.

Dated: Brooklyn, New York
       June 10, 2005

                              THE HONORABLE ALLYNE R. ROSS
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW YORK